In the Matter of the Application of A. FRANK REEL for Admission to Practice as an Attorney. (From the State of Massachusetts.) — Application granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of ROBERT G. SPRAGUE for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of the Application of J. FROST WALKER, JR., for Admission to Practice as an Attorney. (From the State of South Carolina.) — Application granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDNEY BRONSKY, Relator, against SHERIFF OF NASSAU COUNTY, Defendant-Respondent. Writ dismissed and relator remanded. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

## (June 28, 1948.)

CHARLES J. ANDROMIDAS, Respondent, v. SOL G. ATLAS, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

MORRIS BIGMAN et al., Doing Business as BIGMAN BROS., Respondents, v. MOSS INDUSTRIES, INC., et al., Appellants, et al., Defendants.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 802.]

COMMUNITY CAMPS, INC., Appellant, v. BENNIE KATZ, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

HENRY ELFELD, as Administrator of the Estate of MATTHEW ELFELD, Deceased, Respondent, v. BURKHAM AUTO RENTING CO., INC., Appellant, et al., Defendants.— Motion for reargument denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 796.]

WALTER E. EWART, Respondent, v. FORDOM FOREST PRODUCTS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See ante, p. 791.]

ROSE GOLDBERG, Respondent, v. SILVER ASSOCIATES, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ. [See ante, p. 808.]

In the Matter of ROBERT J. FRANCISCO, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, et al., Appellants.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs, on the ground that the question presented is academic. (Matter of Francisco v. O'Connell, 274 App. Div. 810.) Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

In the Matter of FREDERIC D. KOHLER.— Motion for reinstatement as an attorney and counselor at law or for other relief denied. This motion should be made in the First Department. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See post, p. 853.]